SSS:MEF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

    RAUL MARTINEZ MAURELA,
also known as
"Miguel Martinez,"

           Defendant.

- - - - - - - - - - - - X

**AFFIDAVIT AND COMPLAINT
IN SUPPORT OF AN ARREST
WARRANT**
(8 U.S.C. §§ 1326(a) and 1326(b)(1))

18M445

EASTERN DISTRICT OF NEW YORK, SS:

       MATTHEW LEW, being duly sworn, deposes and states that he is a

Deportation Officer with the Department of Homeland Security, United States Immigration

and Customs Enforcement, duly appointed according to law and acting as such.

       On or about April 29, 2018, within the Eastern District of New York and

elsewhere, the defendant RAUL MARTINEZ MAURELA, also known as "Miguel Martinez,"

being an alien who had previously been arrested and convicted of a felony, and was thereafter

excluded and removed from the United States, and who had not made a re-application for

admission to the United States to which the Secretary of the Department of Homeland Security,

successor to the Attorney General of the United States, had expressly consented, was found in the

United States.

       (Title 8, United States Code, Sections 1326(a) and 1326(b)(1))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.     I am a Deportation Officer with United States Immigration and Customs Enforcement ("ICE") and have been involved in the investigation of numerous cases involving the illegal reentry of aliens.   I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the ICE investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2.     On or about April 29, 2018, ICE received information from a New York City Police Department ("NYPD") system that the defendant RAUL MARTINEZ MAURELA, also known as, "Miguel Martinez," had been arrested by the NYPD in Queens, New York, and charged with robbery in the first degree, in violation of New York Penal Law ("NYPL") § 160.15(3), a Class B Felony.

3.     ICE officials reviewed criminal and immigration history files for the defendant RAUL MARTINEZ MAURELA, also known as, "Miguel Martinez."   Based on those materials, it was discovered that the defendant had been previously convicted of a felony.   Specifically, on or about November 5, 2004, MARTINEZ MAURELA was convicted in Queens County Supreme Court for attempted robbery in the third degree, in violation of NYPL § 160.05, a Class E Felony.

---

[1]     Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts and circumstance.

4.     ICE officials further found that the defendant RAUL MARTINEZ MAURELA, also known as "Miguel Martinez," a citizen of Mexico, had previously been removed from the United States on or about January 11, 2005.

5.     Fingerprints taken at the time of MARTINEZ MAURELA's April 29, 2018 arrest were compared to fingerprints taken in connection with the defendant's November 5, 2004 conviction and the defendant's January 11, 2005 removal from the United States. All of the fingerprints belong to the same individual.

6.     A search of immigration records has revealed that there exists no request by the defendant for permission from either the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after removal.

WHEREFORE, your deponent respectfully requests that the defendant RAUL MARTINEZ MAURELA, also known as "Miguel Martinez," be dealt with according to law.

_____
MATTHEW LEW
Deportation Officer
United States Immigration and Customs
Enforcement

Sworn to before me this
16th day of May, 2018

_____
THE HON
UNITED S                              GE
EASTERN