# INITIAL APPEARANCE CALENDAR

Magistrate Judge: **Steven Tisicone**　　Date: **6/13/18**

Magistrate Case Number: **18 M 445**　　LOG #: **3:20 - 3:29**

Defendant's Name: **Raul Martinez Mauvela**

**✓** Court appointed counsel.　　___ Defendant retained counsel.

Defense Counsel: **Allegra Glashausser**　　CJA: ___　FDNY: **✓**　RET: ___

A.U.S.A. **David Lizmi**　　Clerk: **M. Gica**

Interpreter: **Estrelita Plested**　　Language: **Spanish**

___ ARRAIGNMENT on Complaint held.　　___ Government Agent Sworn

___ DETENTION HEARING Held:　　___ Government opposed bail for reasons stated on the record.

___ Bond set at _____.　　___ Bond set on consent of both parties.

Defendant: ___ released　___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After detention hearing, Court orders detention in custody.　___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

**X** At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

**✓** Preliminary Hearing set for: **6/27/18 @ 11 AM**; or ___ waived by defendant

___ Status Conference set for: _____ before Judge _____

___ Medical memo issued.

___ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

　　___ Identity hearing held. Court ___ orders removal ___ denies removal

　　___ Defendant waives: ___ identity hearing ___ preliminary hearing

　　___ Identity/ Removal Hearing set for: _____

　　___ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: _____